**Official Form 1 (4/07)**

# United States Bankruptcy Court
## Northern District of Illinois

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Matous, Madelene M** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all)<br>**xxx-xx-5664** | Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**102 Hawthorne Drive**<br>**La Grange, IL**<br>ZIP Code **60525** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ■ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ■ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☐ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1000-5,000 | 5001-10,000 | 10,001-25,000 | 25,001-50,000 | 100,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| ☐ $0 to $10,000 | ■ $10,001 to $100,000 | ☐ $100,001 to $1 million | ☐ $1,000,001 to $100 million | ☐ More than $100 million |
|---|---|---|---|---|

**Estimated Liabilities**

| ☐ $0 to $50,000 | ■ $50,001 to $100,000 | ☐ $100,001 to $1 million | ☐ $1,000,001 to $100 million | ☐ More than $100 million |
|---|---|---|---|---|

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Matous, Madelene M** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed: **Northern District of Illinois** | Case Number: **01-16075** | Date Filed: **5/03/01** |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).

**X  /s/ Melanie Pennycuff                May 24, 2007**
Signature of Attorney for Debtor(s)           (Date)
**Melanie Pennycuff**

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Statement by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Matous, Madelene M** |

**Signatures**

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X  /s/ Madelene M Matous**
Signature of Debtor **Madelene M Matous**

**X**  _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**May 24, 2007**
Date

### Signature of Attorney

**X  /s/ Melanie Pennycuff**
Signature of Attorney for Debtor(s)

**Melanie Pennycuff 21778-73 IN**
Printed Name of Attorney for Debtor(s)

**Law Offices of Barry Kreisler, PC**
Firm Name

**3001 W. Armitage Ave.
Chicago, IL 60647**

Address

**Email: Kreislerlaw@hotmail.com
773-394-6400  Fax: 773-394-6443**
Telephone Number

**May 24, 2007**
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X**  _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X**  _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X**  _____
_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

Official Form 1, Exhibit D (10/06)

# United States Bankruptcy Court
## Northern District of Illinois

In re **Madelene M Matous**  
                                  Debtor(s)

Case No.  
Chapter **13**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☐ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

■ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.][Summarize exigent circumstances here.]* ____

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

**Official Form 1, Exh. D (10/06) - Cont.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*
  ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
  ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
  ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Madelene M Matous**
                      **Madelene M Matous**

Date:  **May 24, 2007**

Academy Collection Service
10965 Decatur Road
Philadelphia, PA 19154-3210


Affinity
10272 Harlem Ave.


Afni, Inc.
404 Brock Drive
PO Box 3427
Bloomington, IL 61702-3427


Alliance One
4850 Street Rd., Level C
Trevose, PA 19053


Allied Data Corporation
13111 Westheimer
Suite 400
Houston, TX 77077-5547


Allied Interstate
PO Box 361445
Columbus, OH 43236


Allied Interstate Inc.
PO Box 369008
Columbus, OH 43236


American Recovery Systems
PO Box 456
Rome, NY 13442-0456


ARM
Po Box 129
Thorofare, NJ 08086-0129


Arnold Scott Harris, P.C.
600 W. Jackson Boulevard
Suite 720
Chicago, IL 60680-5625


AT&T
PO Box 8212
Aurora, IL 60572-8212

```
AT&T Broadband
Ste. 200
2001 York Rd.
Oak Brook, IL 60523-0426


Atlantic Credit & Finance
PO Box 13386
Roanoke, VA 24033-3386


AVON
6901 Golf Dr.
Morton Grove, IL 60053-1346


Better Homes and Gardens
1716 Locust Street
Des Moines, IA 50309-3023


Burlington Northern Santa Fe
233 North Broadway
2nd Floor
Aurora, IL 60507-0100


Capital Assistance Group, LLC



Cashcall Inc.
17360 Brookhurst St.
Fountain Valley, CA 92708


Check Into Cash of Illinois
9165 West Cermak
N. Riverside, IL 60546


Chex Systems, Inc.
Trust Dept. 2691
Los Angeles, CA 90084-2691


Cingular Wireless
PO Box 6428
Carol Stream, IL 60197-6428


City of Chicago
Department of Revenue
PO Box 88292
Chicago, IL 60680-1292
```

Commonwealth Edison
Bill Payment Center
Chicago, IL 60668-0002


Consolidated Public Services
PO Box 2564
Decatur, IL 62525-2564


Creative Cook's Kitchen
PO Box 26597
Lehigh Valley, PA 18002-6597


Credit Collection Services
PO Box 55126
Boston, MA 02205-5126


Credit One Bank
PO Box 60500
City Of Industry, CA 91716-0500


Credit Protection Association, L.P.
13355 Noel Rd.
Dallas, TX 75240


Dependon Collection Service
PO Box 6074
River Forest, IL 60305-6074


Dependon Collection Service, Inc.
PO Box 6074
River Forest, IL 60305-6074


Emergency Healthcare Physicians
649 Executive Drive
Willowbrook, IL 60527-5603


Encore
PO Box 3330
Olathe, KS 66063-3330


ER Solutions, Inc.
PO Box 9004
Renton, WA 98057

```
Falcon Financial
875 N. Michigan Ave.
Chicago, IL 60601


Fingerhut
6250 Ridgewood Road
Saint Cloud, MN 56303


First Consumers National Bank
PO Box 80015
Los Angeles, CA 90080-0015


First National Bank of LaGrange
620 W. Burlington Ave.
La Grange Park, IL 60526-0190


First Premier Bank
PO Box 5147
Sioux Falls, SD 57117-5147


Gerald and Associates, Inc.
332 S. Michigan Ave., Suite 600
Chicago, IL 60604


Gevalia
Holmparken Square
PO Box 6264
Dover, DE 19905-6264


Harris
PO Box 41135
Norfolk, VA 23541


Household Bank
PO Box 17051
Baltimore, MD 21297-1051


ICS
PO Box 646
Oak Lawn, IL 60454-0646


Illinois Department of Revenue
PO Box 19025
Springfield, IL 62794-9025
```

```
J.C. Christensen & Assoc., Inc.
PO Box 519
Sauk Rapids, MN 56379


KCA Financial Services
628 North Street
Post Office Box Number 53
Geneva, IL 60134


Kevvin E. Collins, D.D.S.
475 W. 55th Street
La Grange, IL 60525


Keynote Consulting Inc.
220 W. Campus Drive
Suite 102
Arlington Heights, IL 60004


LaGrange Estates
6 Court Drive
La Grange, IL 60525


LaGrange Medical Healthcare
6170 Joliet Road
La Grange, IL 60525-3976


LaGrange Memorial Hospital
PO Box 9234
Hinsdale, IL 60522-9234


Linebarger Goggan Blair & Sampson
PO Box 06140
Chicago, IL 60606-0140


Liz Yokas
2615 W. Haddon
Chicago, IL


McVicker, Landry & Cregar
917 W. Hillgrove Ave.
La Grange, IL 60525


Merchants Credit Guide Co.
223 W. Jackson Blvd.
Chicago, IL 60606
```

```
Michael J. Glavin, M.D.
426 Sherwood Road
La Grange Park, IL 60526


NACS
PO Box 182221
Chattanooga, TN 37422-7221


NAFS
PO Box 9027
Williamsville, NY 14231-9027


NCO Financial Systems, Inc.
PO Box 15740
Wilmington, DE 19850-5740


NCO Financial Systems, Inc.
PO Box 41457
Philadelphia, PA 19101-1457


North Shore Agency, Inc.
751 Summa Ave
Westbury, NY 11590


Northwestern Medical Faculty
PO Box 75494
Chicago, IL 60675-5494


Oxmoor House
PO Box 11090
Des Moines, IA 50336-1090


Real Simple
PO Box 60001
Tampa, FL 33660-0001


Roadloans.com
7711 Center Ave.
Suite 100
Huntington Beach, CA 92647


SBC
Bill Payment Center
Chicago, IL 60663-0001
```

```
Suburban Radiologists, S.C.
1446 Momentum Place
Chicago, IL 60689-5314


The Eye Specialists Center
10436 South West Hwy.
Suite 1
Chicago Ridge, IL 60415


The Hearst Corporation
Box 7186
Red Oak, IA 51591


Tri-County Accounts Bureau, Inc.
PO Box 515
Wheaton, IL 60189-4759


TrueLogic
PO Box 4387
Englewood, CO 80155-4387


Village of Hinsdale
19 W. Chicago Ave.
Hinsdale, IL 60521


Village of LaGrange
304 W. Burlington
La Grange, IL 60525
```