```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 09499
    MADELENE M MATOUS
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-5664


---------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
     The case was filed on 05/24/2007 and was confirmed 08/01/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 06/11/2008.
---------------------------------------------------------------------------
CREDITOR NAME                CLASS         CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
---------------------------------------------------------------------------
FALCON FINANCIAL             SECURED          13502.00       822.13       1781.78
FALCON FINANCIAL             UNSECURED       NOT FILED          .00           .00
TRIAD FINANCIAL CORP         SECURED NOT I        .00           .00           .00
ROADLOANS                    UNSECURED       NOT FILED          .00           .00
ILLINOIS DEPT OF REVENUE     PRIORITY        NOT FILED          .00           .00
AFFINITY CASH LOANS          UNSECURED       NOT FILED          .00           .00
ALLSTATE                     UNSECURED       NOT FILED          .00           .00
AT & T BANKRUPCTY            UNSECURED       NOT FILED          .00           .00
AT&T BROADBAND               UNSECURED       NOT FILED          .00           .00
ATLANTIC CREDIT & FINANC     UNSECURED       NOT FILED          .00           .00
AVON PRODUCTS                UNSECURED       NOT FILED          .00           .00
BETTER HOMES & GARDENS       UNSECURED       NOT FILED          .00           .00
BMG MUSIC SERVICE            UNSECURED       NOT FILED          .00           .00
BURLINGTON NORTHERN SANT     UNSECURED       NOT FILED          .00           .00
CASHCALL INC                 UNSECURED       NOT FILED          .00           .00
CHECK INTO CASH              UNSECURED       NOT FILED          .00           .00
AT & T WIRELESS              UNSECURED       NOT FILED          .00           .00
CITY OF CHICAGO PARKING      UNSECURED          180.00          .00           .00
COMMONWEALTH EDISON          UNSECURED          379.12          .00           .00
CONSOLIDATED COMMUNICATI     UNSECURED       NOT FILED          .00           .00
CREATIVE COOK'S KITCHEN      UNSECURED       NOT FILED          .00           .00
CREDIT ONE BANK              UNSECURED       NOT FILED          .00           .00
EMERGENCY HEALTHCARE PHY     UNSECURED       NOT FILED          .00           .00
FINGERHUT                    UNSECURED          153.05          .00           .00
FIRST NATIONAL BANK OF M     UNSECURED       NOT FILED          .00           .00
FIRST NATL BANK LAGRANGE     UNSECURED       NOT FILED          .00           .00
PREMIER BANKCARD             UNSECURED          580.92          .00           .00
GEVALIA                      UNSECURED       NOT FILED          .00           .00
AMERICAN RECOVERY SYSTEM     UNSECURED           96.91          .00           .00
KEVVIN E COLLINS             UNSECURED       NOT FILED          .00           .00
LAGRANGE ESTATES             UNSECURED         2422.32          .00           .00
LAGRANGE MEDICAL HEALTHC     UNSECURED       NOT FILED          .00           .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 09499 MADELENE M MATOUS
```

```
LAGRANGE MEMORIAL HOSPIT UNSECURED      NOT FILED              .00          .00
LAGRANGE MEMORIAL HOSPIT UNSECURED      NOT FILED              .00          .00
LIZ YOKAS                UNSECURED      NOT FILED              .00          .00
MCVICKER LANDRY & CREGAR UNSECURED      NOT FILED              .00          .00
MICHAEL J GLAVIN         UNSECURED      NOT FILED              .00          .00
NICOR GAS                UNSECURED         699.61              .00          .00
NORTHWESTERN MEDICAL FAC UNSECURED      NOT FILED              .00          .00
OXMOOR HOUSE             UNSECURED      NOT FILED              .00          .00
REAL SIMPLE              UNSECURED      NOT FILED              .00          .00
AT & T BANKRUPCTY        UNSECURED      NOT FILED              .00          .00
SUBURBAN RADIOLOGIST     UNSECURED      NOT FILED              .00          .00
THE EYE SPECIALIST       UNSECURED      NOT FILED              .00          .00
THE HEARST CORPORATION   UNSECURED      NOT FILED              .00          .00
VILLAGE OF HINSDALE      UNSECURED      NOT FILED              .00          .00
LAGRANGE POLICE DEPT     UNSECURED      NOT FILED              .00          .00
LAGRANGE ESTATES LIMITED NOTICE ONLY    NOT FILED              .00          .00
ERS                      UNSECURED         881.56              .00          .00
FIRST NORTHWEST BANK     SECURED NOT I       .00               .00          .00
BANK OF AMERICA          UNSECURED      NOT FILED              .00          .00
NCO FINANCIAL            UNSECURED      NOT FILED              .00          .00
QUEST DIAGNOSTIC         UNSECURED      NOT FILED              .00          .00
JEFFERSON CAPITAL SYSTEM UNSECURED         799.22              .00          .00
TRIAD FINANCIAL CORP     UNSECURED       11653.70              .00          .00
BARRY KREISLER           DEBTOR ATTY     2,700.00                        488.36
TOM VAUGHN               TRUSTEE                                         231.25
DEBTOR REFUND            REFUND                                             .00

        Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE             3,323.52

PRIORITY                                           .00
SECURED                                       1,781.78
   INTEREST                                     822.13
UNSECURED                                          .00
ADMINISTRATIVE                                  488.36
TRUSTEE COMPENSATION                            231.25
DEBTOR REFUND                                      .00
                    ---------------       ---------------
TOTALS              3,323.52                  3,323.52
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 09/24/08 | /s/ Tom Vaughn <br> _____ <br> TOM VAUGHN <br> CHAPTER 13 TRUSTEE |